IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brett Schotz, :
:
    Plaintiff, :
:
vs. : Case Number: 1:20cv250
:
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant. :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 26, 2021 Report and Recommendations (Doc. 14). Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 15) and the Commissioner filed a response to plaintiff's objections (Doc. 16).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the decision of the Commissioner is AFFIRMED. This case is hereby TERMINATED from the docket of this Court

IT IS SO ORDERED.

*Susan J. Dlott*
Susan J. Dlott
United States District Court